# Court of Appeals
## Tenth Appellate District of Texas

10-25-00166-CV

Navien, Inc.,
Appellant

v.

Curly's Plumbing & Big Blade Sewer Service, Inc.,
Appellee

On appeal from the
18th District Court of Johnson County, Texas
Judge Sydney B. Hewlett, presiding
Trial Court Cause No. DC-C202300163

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant filed a petition for a permissive appeal from summary judgment rulings. Prior to this Court's determination of whether or not permission to appeal would be granted, Appellant has filed a motion to dismiss the appeal with prejudice because the parties have reached an agreement.

Appellant's motion to dismiss with prejudice is granted. Accordingly, this appeal is dismissed with prejudice. TEX. R. APP. P. 42.1(a). Each party is ordered to pay its own costs of appeal.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED: June 18, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Permissive appeal dismissed
Motion granted
CV06

